IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROSLYNN JACKSON,** | : |
| **Plaintiff,** | : |
| | : Civil Action |
| v. | : |
| | : No. 13-cv-3690 |
| **SABER HEALTHCARE GROUP LLC,** | : |
| **Defendants.** | : |

ORDER

**AND NOW**, this 26th day of November 2013, upon consideration of defendant's renewed motion to dismiss or, in the alternative, transfer venue (doc. no. 14), and plaintiff's response thereto (doc. no. 18), **IT IS HEREBY ORDERED** that the motion (doc. no. 14) is **DENIED**.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.